United States District Court
Southern District of Texas
FILED

SEP 03 2004

Michael N. Milby
Clerk of Court

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by ?  *Eddie M Gonzal* | Date  9/3/04 | |
| NAME OF SERVER (PRINT)  *Eddie M Gonzaly* | Title  *Process Server* | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served. *1120 Calle Planeta St Brownsville, TX 78520*

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein   Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  9/3/04   *Eddie M Gonzaly*
Date                    Signature of Server
7:51 AM

*David E Contu*
Address of Server

PROFESSIONAL CIVIL PROCESS
700 PAREDES AVE., #208
BROWNSVILLE, TEXAS 78520
TEL. (956) 546-1313