## AFFIDAVIT OF SERVICE

# ORIGINAL

COUNTY: SOUTHERN DIST.          CASE # B04143                    **COURT**

Clt. Ref.# C99-25072       Clt.#    400

UNITED STATES OF AMERICA

VS
DAVID E. CONTRERAS


The documents came to hand for service on 08/27/04  Time: 09:00:00

Documents received for service:

**FEDERAL SUMMONS; COMPLAINT; EXHIBIT "A'; ORDER FOR
CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES**


The documents were delivered on **09/03/04  Time: 07:51:00**

Executed at: 1120 Calle Planeta
             Brownsville, TX 78520

to the following: **Contreras, David E.**

_____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____a person
      over sixteen (16) years of age, at the above listed address which is the usual
      place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Eddie M Gonzalez_____ ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdiction, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____          Eddie M Gonzalez
                                  Professional Civil Process Brownsville
Witness Fee Tendered:_____          700 Paredes Ave. Suite 208
                                  Brownsville, Texas 78520
STATE OF TEXAS}
                          VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized
person known to me to be the person whose name is subscribed to the foregoing document
and, being by me first duly sworn stated that he has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts therein contained are true
and correct. Given my hand and seal of office this ____day of _____ 200__.

PCP Inv. #R08040225

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS



INDALECIO C. ROJANO III
Notary Public, State of Texas
My Commission Expires
07-10-2008