UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-143 |
| | § | |
| David E. Contreras | § | |

MOTION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America moves for the entry of default against David E. Contreras who has not filed an answer or other responsive pleading in this cause.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX:   (214) 373-6810
Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Motion for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to David E. Contreras at 1120 Calle Planeta Brownsville, TX 78520, by (1) certified mail, return receipt requested, No. 7101 1596 0046 0000 5103, and (2) regular, first class mail on the 1st day of October, 2004.