UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action B-04-143 |
| | § | |
| David E. Contreras | § | |

ENTRY OF DEFAULT

Having considered plaintiff's Motion for Entry of Default, pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against David E. Contreras in that the defendant has not filed an answer or other responsive pleading in this cause.

Signed this _____ day of _____, 2004, at _____, Texas.

_____
United States District Judge