UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action B-04-143 |
| | § | |
| David E. Contreras | § | |

DEFAULT JUDGMENT

David E. Contreras failed to appear in this action after service.

It is adjudged that the United States of America recover from David E. Contreras:

A.    Principal of $4,388.65, plus

B.    Prejudgment interest from March 11, 1999, at $0.65 per day until the date of

judgment, plus

C.    Attorney's fees of $_____ and all costs of court, plus

D.    Post-judgment interest at _____% per annum.

Signed _____, 2004.


_____
United States District Judge