United States District Court
Southern District of Texas
FILED

NOV 0 9 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-143 |
| | § | |
| David E. Contreras | § | |

## MOTION FOR CONTINUANCE
## AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for November 9, 2004.

1. The United States has served the defendant. Default Judgment is on file with the court at this time. The United States is waiting on answer from court on judgment.

2. The United States requests that the pretrial conference be reset until at date after the court has time to review pleadings.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this ___8___ day of __November__, 2004 in accordance with the Federal Rules of Civil Procedure.

_____