UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-143 |
| David E. Contreras | § | |

ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for November 9, 2004, at 1:30 p.m. is continued until a time to be established by the Court.

Signed this ___ day of _____, 2004, at Brownsville, Texas.

_____
United States District Judge