United States District Court
Southern District of Texas
FILED

NOV 10 2004

Michael N. Milby, Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. <u>B-04-143</u>    DATE & TIME: <u>11-09-04 AT 1:30 P.M.</u>

<u>UNITED STATES OF AMERICA</u>    PLAINTIFF(S) <u>CHARLES IMLAY APPLER</u>
                                COUNSEL      <u>JOHN MICHAEL WESTON</u>
VS.

<u>DAVID E. CONTRERAS</u>    DEFENDANT(S) _____
                        COUNSEL

---

Attorney Robin Welch in lieu of Charles Appler and John Michael Weston appeared. Mr. David Contreras appeared.

Mr. Contreras has not filed an answer. Initial pretrial conference was not held.

Mr. Contreras' address is ███████████ Brownsville, Tx 78521.