UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 0 3 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-143 |
| David E. Contreras | § | |

## DEFAULT JUDGMENT

David E. Contreras failed to appear in this action after service.

It is adjudged that the United States of America recover from David E. Contreras:

A.  Principal of $4,388.65, plus

B.  Prejudgment interest from March 11, 1999, at $0.65 per day until the date of judgment, plus

C.  Attorney's fees of $ 550.00 and all costs of court, plus

D.  Post-judgment interest at 2.60 % per annum.

Signed _____ 3, 2004.

_____
United States District Judge