UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA §
§
§ CIVIL ACTION NUMBER
versus § B-04-143
§
§
David E. Contreras §

United States District
Southern District of T
FILED

DEC 1 4 2004

Michael N. Milby
Clerk of Court

ABSTRACT OF JUDGMENT

| | |
|---|---|
| Date Judgment Entered: | December 3, 2004 |
| Judgment in Favor of: | United States of America<br>c/o BENNETT, WESTON & LaJONE, P.C.<br>1750 Valley View Lane, Suite #120<br>Dallas, TX 75234 |
| Judgment Against: | David E. Contreras DOB: 1958<br>1120 Calle Planeta<br>Brownsville, TX 78520 |
| Amount of Judgment: | $4,388.65 plus prejudgment interest from March 11, 1999 at $0.65 per day until the date of judgment |
| Amount of Costs: | $550.00 attorney's fees and all costs of court |
| Rate of Interest: | 2.6% |
| Amount of Credits Since Judgment: | $0.00 |
| Total: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above-captioned case.

MICHAEL N. MILBY, Clerk

DATED: 12/16/2004   By: _____
Deputy Clerk

Return to:

BENNETT, WESTON & LaJONE, P.C.

1750 Valley View Lane, Suite 120

Dallas, Texas 75234

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-143 |
| David E. Contreras | § | |

DEFAULT JUDGMENT

David E. Contreras failed to appear in this action after service.

It is adjudged that the United States of America recover from David E. Contreras:

A. Principal of $4,388.65, plus

B. Prejudgment interest from March 11, 1999, at $0.65 per day until the date of judgment, plus

C. Attorney's fees of $ 550.00 and all costs of court, plus

D. Post-judgment interest at 2.60 % per annum.

Signed _____ 3, 2004.

United States District Judge

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com