United States District Court
Southern District of Texas
FILED

FEB 2 2 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-143 |
| David E. Contreras | § § | |

### United States' Motion to Compel and for Sanctions

United States of America moves for an order compelling David E. Contreras ("Contreras") to respond to post-judgment discovery and awarding sanctions against Contreras, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On December 10, 2004, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Contreras, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned signed. The postjudgment discovery sought information regarding the financial condition of Contreras, as allowed by 28 U.S.C. §3015.

2. Written demand for the responses was sent to Contreras by letter dated January 18, 2005. (Exhibit 2).

3. Contreras failed to respond to the discovery requests. The United States attempted to obtain responses from Contreras. The United States attempted to contact Contreras by telephone on January 18, 2005.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. Under Rule 37 of the Federal Rules of Civil Procedure, if a motion compelling responses to discovery is granted, the Court shall require the party whose conduct necessitated the motion to pay to the moving party the reasonable expenses incurred in making the Motion, including attorney's fees, unless the court finds that the motion was filed without the movant first

making a good faith effort to obtain the discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust. Fed. R. Civ. Proc. 37(a)(4)(A).

6. The United States requests that the court order Contreras to respond to post-judgment discovery fully and completely, and award sanctions against Contreras pursuant to Rule 37 of the Federal Rules of Civil Procedure for failure to properly respond to the discovery. A reasonable attorney's fee is $200.00 for one hour for the efforts to obtain responses to the postjudgment discovery and to prepare this motion. Additional attorney's fees will be requested for preparing for and attending any hearing on this motion.

> Respectfully submitted
> BENNETT, WESTON & LaJONE, P.C.
>
> By: _____
> J. Michael Weston
> Texas Bar No. 21232100
> SD Tex. No. 21538
> Attorney in Charge
> Charles I. Appler
> Texas Bar No. 00788995
> SD Tex. No. 23055
> 1750 Valley View Lane, Suite 120
> Dallas, Texas 75234
> Telephone: (214) 691-1776
> FAX: (214) 373-6810
> Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on David E. Contreras at 1120 Calle Planeta, Brownsville, TX 78520 by certified mail, return receipt requested, and regular mail on this _____ day of _____, 2005.