**BENNETT, WESTON & LaJONE, P.C.**
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                                                   Fax: (214) 373-6810

December 9, 2004

**PERSONAL AND CONFIDENTIAL**
David E. Contreras
1120 Calle Planeta
Brownsville, TX 78520
**CERTIFIED MAIL, RETURN RECEIPT REQUESTED
NO. 7101 7596 0450 0001 1869 AND REGULAR MAIL**

Re:   *United States of America v. David E. Contreras*, Civil Action B-04-143

Enclosed is United States' Postjudgment Discovery served on you under the Federal Rules of Civil Procedure. The first two pages [...] instructions which you must read and follow ca[refully...]

You must respond fully and truthfully t[o...]
If you need additional time, please call us imm[ediately...]

[...please c...]

**TO:** David Contreras
1120 Calle Planeta
Brownsville, TX 78520

SENDER[']s [RECOR]ds

Certified Article Number
7101 7596 0450 0001 1869
SENDERS RECORD

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | |
| | Certified Fee | $2.30 |
| | Return Receipt Fee | $1.75 |
| | Restricted Delivery | $0.00 |
| | Total Postage & Fees | $4.42 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

12/10

EXHIBIT  1

PS Form 3811, July 2001   Domestic Return Receipt

1. Article Addressed to:
   David Contreras
   1120 Calle Planeta
   Brownsville, TX 78520

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   7101 7596 0450 0001 1869

A. Received by (Please Print Clearly)   D[...]
B. Date of Delivery  12/14/04
C. Signature  X [signature]   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below: