UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-04-143 |
| David E. Contreras | § § | |

**POST-JUDGMENT DISCOVERY**

TO:   David E. Contreras, 1120 Calle Planeta, Brownsville, TX 78520

The United States has a judgment against you. The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer each of the attached questions (called Interrogatories) and produce all of the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer each interrogatory fully and truthfully and/or to produce all requested documents are serious matters which will be brought to the attention of the court.

**INSTRUCTIONS**

1.   Send your sworn answers to the interrogatories and produce the requested documents for inspection and copying **within 30 days of your receipt** of this Post-Judgment Discovery to

>   J. Michael Weston
>   BENNETT, WESTON & LaJONE, P.C.
>   1750 Valley View Lane, Suite 120
>   Dallas, Texas 75234

2.   Answer each Interrogatory in the space provided. If you need additional space, attach another page.

3.   **IF YOU FAIL TO ANSWER ANY INTERROGATORY COMPLETELY OR FAIL TO PRODUCE ANY DOCUMENT FOR ANY REASON**, state the reason(s) for your failure to answer or produce the documents. For example, if you have no documents that are described in a written request, write "none" in the after the description.

EXHIBIT __1__

## DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to David E. Contreras, and, IF YOU ARE MARRIED, THE TERM INCLUDES YOUR SPOUSE.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. _____) and regular mail on this _10_ day of _December_, 2004.

_____

EXHIBIT __1__

### BENNETT, WESTON & LaJONE, P.C.
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                                                          Fax: (214) 373-6810

January 18, 2005

David E. Contreras
1120 Calle Planeta
Brownsville, TX 78520

    Re:   *United* **States of America v. David E. Contreras**, No. B-04-143, Judgment dated: December 3, 2004

YOU HAVE NOT RESPONDED THE POST JUDGMENT DISCOVERY
SERVED ON YOU.

**You must immediately and completely respond to the post-judgment discovery. If you do not respond, we will ask that the United States District Court impose sanctions on you.**

THIS IS A SERIOUS MATTER.

CONTACT YOUR ATTORNEY IMMEDIATELY.

IF YOU HAVE QUESTIONS OF US, CALL JEFF TODD AT EXTENSION 252.

WE COLLECT DEBTS FOR CLIENTS.
THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Yours very truly,



J. MICHAEL WESTON

EXHIBIT 2