United States District Court
Southern District of Texas
FILED

FEB 2 2 2005

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,    §
                             §
*versus*                     §    Civil Action B-04-143
                             §
David E. Contreras           §

### Certificate of Conference

The following declaration is made in accordance with Rule 37 of the Federal Rules of

Civil Procedure:

The undersigned certifies that his office has made good faith attempts to confer with

David E. Contreras in an effort to obtain the discovery responses without court action. However,

the undersigned's office has been unsuccessful in obtaining the discovery responses from David

E. Contreras. A representative of the office called David E. Contreras, but was unable to leave a

message, on January 18, 2005. David E. Contreras has not responded to the discovery.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America