UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-143 |
| | § | |
| David E. Contreras | § | |

Order Compelling Discovery Responses and Awarding Sanctions

David E. Contreras must fully respond to the interrogatories and requests for production served upon David E. Contreras by the United States by April 25, 2005.

If David E. Contreras fails to comply with this order, David E. Contreras may be held in contempt.

SIGNED this 23 day of FEB, 2005, Brownsville, Texas.

United States ~~District~~ Judge
MAGISTRATE