# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-143 |
| DAVID E. CONTRERAS | § § | |

TYPE OF CASE:     　X　  CIVIL                                             ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                                         ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                    **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                                          DATE AND TIME:

**SEPTEMBER 14, 2005 AT 1:45 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     AUGUST 29, 2005