UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | Civil Action B-04-143 |
| David E. Contreras | § | |

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

The United States of America requests that the court not rule on its Motion to Compel filed on February 22, 2005. The United States does not wish to pursue discovery at this time and would like the hearing set for September 14, 2005, be cancelled.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

 /s/ J. Michael Weston
_____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Matthew L. Weston
Texas Bar No. 24037698
SD Tex. No. 33501
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:   (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct of the foregoing was served upon all counsel and/or parties of record, private parties are served by certified mail, return receipt requested, and regular mail on this 13th day of September, 2005

/s/ J. Michael Weston

_____