IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-04-143 |
| | § | |
| DAVID E CONTRERAS,<br>    Defendant. | §<br>§<br>§ | |

TYPE OF CASE:           ___x___ CIVIL           _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.**

PLACE:                                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TX**                                                    DATE AND TIME:

                                                                                **JUNE 13, 2006 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MAY 4, 2006