UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff | § § | Civil Action No.: B04-143 |
| VS. | § § | (USA Claim No. C99-25072) |
| DAVID E. CONTRERAS, | § § § | |
| Defendant | § | |

## EMERGENCY MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE U.S. DISTRICT JUDGE:

M. H. Cersonsky, on behalf of Plaintiff, United States of America, asks this court to allow him to substitute as attorney in charge for the United States of America in place of Michael Westin of the firm of Bennett, Weston & LaJone, P.C.

I.

### This Motion is Not Opposed

1. Michel Westin of the firm of Bennett, Weston & LaJone, P.C. does not oppose the granting of this motion.

II.

### Introduction and Factual Background

2. This is a student loan collection case.

1

3. On October 20, 2005, the United States Department of Justice transferred over 2,400 files from the law firm of Bennet, Weston & LaJone, P.C. to the firm of Alonso, Cersonsky & García, P.C., including the instant suit, United States of America v. David E. Contreras.

4    Since the 2,400 files were transferred to Alonso, Cersonsky & García, P.C., the files are being reviewed to determine what action is required. With regards to the file on the instant case, the United States of America has requested Alonso, Cersonsky & García, P.C. to file this motion to be substituted in as attorney in charge for J. Michael Weston and to conclude this litigation on behalf of the United States of America.

III.

Conclusion

5. For the reasons stated above, the United States of America asks this Court to grant the motion to substitute counsel on an emergency submission basis.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÍA, P.C.

By: M. H. Cersonsky
Texas Bar I.D. No.: 04048500
By: Jim L. García
Texas Bar I.D. No.: 07636700
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

2

Telephone: (713) 840-1492
Facsimile: (713) 840-0038

Requested Counsel for the
United States of America

Certificate of Service

This is to certify that a true and correct copy of the foregoing motion has been served on the following, by certified mail, receipt return requested, on this 27th day of May, 2006:

Mr. J. Michael Weston
1750 Valley View lane, Suite 120
Dallas, Texas 75234

Mr. David E. Contreras
1120 Calle Planeta
Brownsville, Texas 78250

M. H. Cersonsky