UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff | § § | Civil Action No.: B04-143 |
| VS. | § § | (USA Claim No. C99-25072) |
| DAVID E. CONTRERAS, | § § | |
| Defendant | § | |

## ORDER

After considering M. H. Cersonsky's motion to substitute as counsel for the United States of America on an emergency basis, the Court:

GRANTS the motion to substitute and ORDERS THAT M. H. Cersonsky and the firm of Alonso, Cersonsky & García, P.C. be substituted as counsel for the United States of America effective on the date of this Order.

SIGNED on _____, 2006.

_____
UNITED STATES DISTRICT JUDGE