IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-143 |
| | § | |
| DAVID E CONTRERAS, | § | |
|     Defendant. | § | |

## ORDER

The Plaintiff, United States of America, filed an Emergency Motion to Substitute Counsel (Docket No. 18). After considering the motion and the arguments made therein, the Court is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED that M.H. Cersonsky and the firm of Alonso, Cersonsky & Garcia P.C. be substituted as counsel for the United States of America.

DONE at Brownsville, Texas, this 31st day of May, 2006.

_____
John Wm. Black
United State Magistrate Judge