**From:** ███████████████████████
**To:** ███████████████████████████████████

United States District Court
Southern District of Texas
FILED
JUN 0 8 2006
Michael N. Milby
Clerk of Court

**Date:** Wednesday, June 07, 2006 05:36PM
**Subject:** USA v. Contreras; B-04-143
**History:** 📧 This message has been replied to.

---

*Ms. Gonzalez:*

*In light of the fact that Mr. Contreras is incarcerated, we will be closing this file and returning it to the Department of Education. Since, we are closing the file we ask the court to pass the hearing / teleconference which is set for Tuesday, June 13, 2006 at 2:30 p.m.*

*Thank you,*

Janie Ruiz

Legal Assistant to M. H. Cersonsky

Alonso, Cersonsky & Garcia, P.C.

5065 Westheimer, Suite 600

Houston, Texas 77056

713-840-1492

713-840-0038 Fax

jruiz@law-acg.com