IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | C.A. NO. B-04-143 |
| VS. | § | |
| | § | |
| DAVID E. CONTRERAS | § | |
| | § | |
| Defendant | § | |

## MOTION TO VACATE USA'S MOTION TO COMPEL AND CANCEL HEARING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

USA moves to vacate the motion to compel and to cancel the hearing of June 13, 2006 because Defendant Contreras is incarcerated. Based on the foregoing, USA requets that the court pass the telephonic hearing set for June 13, 2006 at 2:30 P.M.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÍA, P.C.

_____
By: Jim L. García
Texas Bar I.D. No.: 07636700
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056
Telephone: (713) 840-1492
Facsimile: (713) 840-0038

Attorneys for United States of America

1

## Certificate of Service

This is to certify that a true and correct copy of the foregoing Motion has been served by regular mail on this 12th day of June, 2006 on the following parties and/or attorneys for the parties:

David E. Contreras
c/o Mrs. Contreras
1120 Calle Planeta
Brownsville, Texas 78520

_____
Jim L. García