IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff | § § | C.A. NO. B-04-143 |
| VS. | § § | |
| DAVID E. CONTRERAS | § § | |
| Defendant | § | |

## ORDER VACATING MOTION TO COMPEL AND CANCELLING JUNE 13, 2006 TELEPHONIC CONFERENCE

The United States of America's Motion to Vacate Motion to Compel and to Cancel June 13, 2006 telephonic conference is granted. The hearing for June 13, 2006 is cancelled.

Signed _____, 2006 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE