IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

### ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. B-04-143 |
| DAVID E CONTRERAS,<br>    Defendant. | § § § § | |

TYPE OF CASE:        __x__ CIVIL        _____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been cancelled.**

TYPE OF PROCEEDING:

**STATUS CONFERENCE BEFORE MAGISTRATE JUDGE JOHN WM. BLACK SET FOR JUNE 13, 2006, AT 2:30 P.M. HAS BEEN <u>CANCELLED.</u>**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    JUNE 13, 2006