IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-143 |
| | § | |
| DAVID E CONTRERAS, | § | |
| Defendant. | § | |

## ORDER

The Plaintiff, United States of America, filed a Motion to Vacate the Motion to Compel (Docket No. 21). After considering the motion and the arguments made therein, the Court is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate (Docket No. 21) be GRANTED and Plaintiff's Motion to Compel (Docket No. 12) be VACATED.

DONE at Brownsville, Texas, this 13th day of June, 2006.

_____
John Wm. Black
United State Magistrate Judge