IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| UNITED STATES OF AMERICA, | § |  |
|---|---|---|
| Plaintiff, | § |  |
|  | § |  |
| VS. | § | CIVIL ACTION NO. B-04-143 |
|  | § |  |
| DAVID E CONTRERAS, | § |  |
| Defendant. | § |  |

## ORDER

A default judgment was entered against Plaintiff on December 3, 2004 (Docket No. 10). All post-judgment motions have either been ruled upon, withdrawn, or vacated. There are no remaining pending motions.

IT IS HEREBY ORDERED that the above numbered and styled case be CLOSED.

DONE at Brownsville, Texas, this 13th day of June, 2006.

_____
John Wm. Black
United State Magistrate Judge